UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISA SAITI,

                              Plaintiff,

          -v-

CENTURY MANAGEMENT,

                             Defendant.

23-CV-9591 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Defendant filed a motion to dismiss on April 1, 2024. (Dkt. No. 13.) Plaintiff's response was due by July 1, 2024. Plaintiff has not filed a response to date.

If Plaintiff fails to respond to the motion to dismiss by August 30, 2024, the motion to dismiss will be treated as unopposed.

The Clerk of Court is directed to mail a copy of this Order to the pro se Plaintiff.

SO ORDERED.

Dated: August 7, 2024
         New York, New York

_____
J. PAUL OETKEN
United States District Judge