**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
ISA SAITI,

                           Plaintiffs,

           -against-                                  23 **CIVIL** 9591 (JPO)

                                                              <u>**JUDGMENT**</u>

CENTURY MANAGEMENT,

                           Defendant.

----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 21, 2025, Defendant's motion to dismiss is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

       February 24, 2025

                                             **TAMMI M. HELLWIG**
                                       _____
                                         **Clerk of Court**

                 **BY:**                         
                                         _____
                                         **Deputy Clerk**